UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MARTIN WYATT,<br>  Plaintiff,<br>  v.<br>JEFFERY GILLES, et al.,<br>  Defendants. | Case No. 24-cv-02305-JST<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed this *pro se* civil rights action. On December 23, 2024, the Court dismissed the first amended complaint for failure to state a claim. ECF No. 11. The Court granted Plaintiff leave to amend, and ordered Plaintiff to file a second amended complaint by January 20, 2025, or face dismissal of this action. *Id.* The deadline to file a second amended complaint has passed, and Plaintiff has neither filed a second amended complaint nor communicated with the Court. Accordingly, the Court DISMISSES this action for failure to state a claim. The dismissal is without prejudice to filing a motion to reopen, accompanied by a proposed second amended complaint that addresses the deficiencies identified in the Court's December 23, 2024 Order, and explaining why Plaintiff failed to timely file a second amended complaint. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: February 10, 2025

_____
JON S. TIGAR
United States District Judge